

## NUMBER 13-14-00303-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

RICHARD BIANCHI,                                                    Appellant,

v.

THE STATE OF TEXAS,                                                    Appellee.

**On appeal from the 343rd District Court
of Aransas County, Texas.**

## ORDER

**Before Chief Justice Valdez and Justices Perkes and Longoria
Order Per Curiam**

On June 2, 2014, appellant Richard Bianchi filed an "Emergency Motion for Suspension of Judgment and Motion to Reverse, Vacate or Modify Trial Court Ruling Enforcing Judgment." Through this motion, appellant seeks to: (1) immediately suspend execution of the trial court judgment entered in this case on May 28, 2014; (2) reverse, vacate or modify the trial court's May 30, 2014 order which rules that the May 28, 2014

judgment is immediately enforceable; and (3) hold that the trial court's judgment is suspended until completion of the appeal from that judgment, or in the alternative, at least until the trial court's plenary power expires.

The Court, having examined and fully considered the emergency motion, is of the opinion that it should be and is GRANTED insofar as we suspend enforcement of the orders issued on May 28, 2014 and May 30, 2014 and order them to be stayed. This stay is effective pending further order of this Court or final disposition of this appeal.

The Court requests that the State of Texas, acting by and through the Aransas County District Attorney, to file a response to the "Emergency Motion for Suspension of Judgment and Motion to Reverse, Vacate or Modify Trial Court Ruling Enforcing Judgment" on or before the expiration of five business days from the date of this order.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
2nd day of June, 2014.